UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELLA L. TONEY, on behalf
of CCT, aminor,

      Plaintiff,

                               Case No. 09-cv-14721

v.

                               Paul D. Borman
                               United States District Judge

COMMISSIONER OF
SOCIAL SECURITY,                    Mark A. Randon
                               United States Magistrate Judge

      Defendant.

_____/


OPINION AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND AFFIRMING THE FINDINGS AND CONCLUSIONS OF THE
COMMISSIONER

      Before the Court is Magistrate Judge Mark Randon's Report and Recommendation Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment, Affirming the findings of the Commissioner.  (Dkt. No. 19.)

      Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, DENIES Plaintiff's Motion for Summary Judgment, GRANTS Defendant's Motion for Summary Judgment, AFFIRMS the findings of the Commissioner and DISMISSES Plaintiff's Complaint.

      This Order closes the case.

**IT IS SO ORDERED.**

                                             s/Paul D. Borman
                                             PAUL D. BORMAN
                                             UNITED STATES DISTRICT JUDGE

Dated:  January 10, 2011

                                    CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 10, 2011.

                                             s/Denise Goodine
                                             Case Manager